**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: LAUREN MICHELLE   :   No. 56 WM 2020
ZITSCH  MOTION FOR EXTENSION      :
PURSUANT TO RULE 311              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2020, the Request for Extension Pursuant to Pa.B.A.R. 311 is GRANTED, IN PART.  In order to afford Lauren Michelle Zitsch time to seek full admission to the Pennsylvania bar, her temporary admission is extended until January 1, 2021.